# ROTH & ROTH, LLP

192 LEXINGTON AVENUE, SUITE 802, NEW YORK, NEW YORK 10016
ROTHANDROTHLAW.COM T: (212) 425-1020 F: (212) 532-3801

January 7, 2025

**VIA ECF**
Hon. Mark J. Pedersen
United States Magistrate Judge
2720 U.S. Courthouse
100 State Street, Rochester, NY 14614

 Re:  *Smith* v. *City of Rochester et al*, 23-cv-6162 (CJS)(MJP)
  Request for Reconsideration of Text Order Denying Joint Motion for Extension of
  Time to Complete Discovery (ECF No. 45)

Dear Judge Pedersen,

 The parties jointly write to respectfully request reconsideration of the Court's January 7, 2026 Text Order denying the parties' joint Motion for Extension of Time to Complete Discovery (ECF No. 45). The Court denied the motion because the parties did not comply with the Fourth Amended Scheduling Order's direction that any further requests for extensions be made in-person by counsel. (ECF No. 30)

 As background, the parties and the Court held a lengthy settlement conference on October 7, 2025. At the conclusion of that conference, the parties and the Court discussed the parties' request for an extension of discovery deadlines while seated in chambers with Your Honor. It was the parties' understanding that the Court granted that request and directed the parties to submit a proposed extension reflecting the deadlines discussed.

 The parties apologize for the delay in submitting the proposed extension. This delay was primarily attributable to Plaintiffs' counsel's inadvertence and law office failure. After the October 7, 2025 conference, counsel discussed the extension but failed to file it promptly. The delay was compounded by Plaintiffs' counsel's trial obligations in *Harger da Silva v. NYCTA*, 17-cv-4550, including opposing NYCTA's emergency motions seeking stays in the Second Circuit immediately before trial, addressing numerous pretrial motions and trial preparation, and then trying the case from October 17 through November 20, 2025. Immediately after trial concluded, it was the Thanksgiving holiday, and then Plaintiffs' counsel's opposition to NYCTA's interlocutory appeal from the denial of summary judgment was due on December 5, 2025. (Second Circuit Docket No.: 25-727)

 As the Court also knows, Plaintiffs' counsel is preparing to begin the *Dempsey* trial next week. Plaintiffs' counsel sincerely apologizes for not staying on top of this deadline and for not timely filing the proposed extension after the October 7, 2025 conference.

Given the foregoing, and in light of the fact that the parties already discussed the extension with the Court in chambers on October 7, 2025, the parties respectfully request that the Court reconsider its denial and either (1) grant the joint request for an extension of the discovery deadlines consistent with the parties' proposed schedule, or (2) schedule an in-person appearance so that counsel may make the request in the manner contemplated by the Fourth Amended Scheduling Order.

Counsel are available to appear in person on Monday, January 12, 2026 any time before 10 a.m. or after 2:30 p.m.

Thank you for Your Honor's consideration.

Respectfully Submitted,

*Elliot Shields*

Elliot Shields

CC: All parties (Via ECF)